IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CRIMINAL NO.  13-227 |
| | ) | |
| | ) | CHIEF JUDGE JOY FLOWERS CONTI |
| | ) | |
| vs. | ) | |
| | ) | |
| NICHOLAS TROMBETTA**,** | ) | |
| | ) | |
| Defendant, | ) | |

CONTI, District Judge.

ORDER OF COURT

AND NOW, this the 15th day of May, 2015, upon consideration of the Defendant Nicholas Trombetta's Motion for Further Extension of Time for Filing Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

It is further ORDERED that the extension of time caused by this continuance (May 13, 2015 through July 13, 2015) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), since for the reasons set forth in the motion, the failure to grant such continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court finds that the ends of Justice served by the granting of this Motion outweigh the best interests of the Defendant and the public in a speedier trial.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12.1 are due on or before **July 13, 2015.**

BY THE COURT:

/s/ Joy Flowers Conti
Judge Joy Flowers Conti
Chief United States District Judge