IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 13-227 |
| NICHOLAS TROMBETTA | |

**ORDER**

AND NOW, to wit, this _____ day of July 2015, upon consideration of the Government's Motion to Extend Response Date to Defendants' Pretrial Motions (regarding ECF Nos. 156 through 163), heretofore filed by the United States of America, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and that the government's responses to Defendants' pretrial motions, ECF Nos. 156 through 163, shall be filed no later than August 3, 2015, and that Defendants' replies thereto, if any, shall be filed no later than August 24, 2015.

IT IS FURTHER ORDERED that the extension of time caused by this extension be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.;

Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in the Motion, the failure to grant such continuance would deny counsel for the government and Defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv).

/s/ Joy Flowers Conti
_____
UNITED STATES DISTRICT JUDGE