IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-227 |
| | ) | |
| NEAL PRENCE | ) | |

## ORDER

And now, this __17th__ day of __October__, 2017, it is ORDERED that the Motion to Continue the Hearing Restitution for 90 days is GRANTED. It is further ORDERED that the hearing on restitution is scheduled for __10:00 am on March 9__, 2018.

BY THE COURT:

/s/ Joy Flowers Conti
_____
Joy Flowers Conti
Chief United States District Judge